UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| DORIS L. HERD, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:10-cv-0158-TWP-TAB |
| | ) | |
| THE BOARD OF TRUSTEES OF FLOYD | ) | |
| MEMORIAL HOSPITAL AND HEALTH | ) | |
| SERVICES, | ) | |
|     Defendant. | ) | |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, Defendant's motion to dismiss [Docket No. 18] count two of the amended complaint [Docket No. 13] is granted. Plaintiff's motion seeking leave to file a second amended complaint [Docket No. 24] is denied. Plaintiff's motion seeking leave to file a third amended complaint [Docket No. 34] is denied in part with respect to count two and granted in part with respect to the retaliation claim in count three.

Dated: 07/27/2011

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

David A. Arthur
INDIANA OFFICE OF THE ATTORNEY GENERAL
David.Arthur@atg.in.gov

Betsy M. Isenberg
INDIANA OFFICE OF THE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org